IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR  11-15-M-DWM |
|---|---|
| Plaintiff, | |
| vs. | **ORDER ON MOTION TO VACATE PRELIMINARY HEARING** |
| DAVID DERRYBERRY, | |
| Defendant. | |

Defendant has filed a Motion to Vacate the Preliminary Hearing.  (Doc. 125.)  Accordingly, IT IS HEREBY ORDERED that the Preliminary Hearing currently set for June 6, 2018 at 10:00 a.m. is VACATED.

DATED this 5th day of June, 2019

_____
TIMOTHY J. CAVAN
United States Magistrate Judge